## ERWIN v. STATE.

No. 18884.

Court of Criminal Appeals of Texas.

March 24, 1937.

W. H. Blanton, of Gonzales, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for five years.

The indictment appears regular and properly presented. The record is before this court without statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment is affirmed.